**Damon Emanuel ELLIOTT, Plaintiff–Appellant,**

v.

**John Vincent GEISE; Rangarath Manthripragada; Pamela Cochran, Defendants–Appellees.**

No. 02–7246.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Damon Emanuel Elliott, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Damon Emmanuel Elliott appeals the district court's order dismissing his civil complaint for failure to allege specific facts supporting his claims as instructed by the court's prior order. Because Elliott may be able to proceed with this action by amending his complaint to allege sufficient facts to state a claim, the dismissal order is not final and thus is not subject to appellate review. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*